

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00119-CV

| | | |
|---|---|---|
| PAUL TOLSTYGA, Appellant | § | On Appeal from the 352nd District Court |
| V. | § | of Tarrant County (352-318611-20) |
| | § | January 25, 2024 |
| TOLL BROS., INC. AND TOLL DALLAS TX, LLC, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Paul Tolstyga must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach